UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **Delk, Nireeca Marie** | ) | CASE NO.: 26-61555-JWC |
| | ) | |
| Debtor. | ) | |
| | ) | |

**REQUEST FOR VOLUNTARY DISMISSAL**

COMES NOW Debtor, and hereby requests that this Court dismiss the above-styled case without prejudice pursuant to 11 U.S.C. Section 1307(b). The Debtor acknowledges that she may not file another case under Chapter 13 within the next 180 days if a creditor has filed a motion for relief in the present case.

Delk, Nireeca Marie

/s/ Aaron Weinberg
Aaron Weinberg
GA Bar No. 292187
The Semrad Law Firm, LLC
191 Peachtree St. NE Suite 3285
Atlanta, GA 30303
470-893-9553
Attorney for the Debtor/Movant

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| Nireeca Marie Delk | ) | CASE NO.: **26-61555** |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within documents upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

Nireeca Marie Delk
1205 Ithaca Dr
McDonough, GA 30253-6885

I further certify that, by agreement of parties, Nancy Whaley, Standing Chapter 13 Trustee, was served via ECF.

Dated: 11/04/2026 /s/________________________

Aaron Weinberg
GA Bar No.: 292187
The Semrad Law Firm, LLC
11101 S. Western Avenue
Chicago, IL 60643
470-893-9553
**Attorney for the Debtor/Movant**