**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re: Debtor(s)
**Nireeca Marie Delk**
1205 Ithaca Dr
McDonough, GA 30253−6885

**xxx−xx−3453**

Case No.: **26−61555−jwc**
Chapter: **13**
Judge: **Jeffery W. Cavender**

## ORDER OF DISMISSAL

The Debtor(s) has filed a request for dismissal pursuant to 11 U.S.C. Section 1307(b). Therefore,

**IT IS ORDERED THAT THIS CASE IS DISMISSED.**

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court within fourteen (14) days of the date of the entry of this Order.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an employer deduction order.



Jeffery W. Cavender
United States Bankruptcy Judge

Dated: November 5, 2026

Form 164

United States Bankruptcy Court
Northern District of Georgia

In re: Case No. 26-61555-jwc
Nireeca Marie Delk Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9 User: bncadmin Page 1 of 3
Date Rcvd: Nov 05, 2026 Form ID: 164 Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Nireeca Marie Delk, 1205 Ithaca Dr, McDonough, GA 30253-6885 |
| cr | + | PR Borrower 26, LLC, The Totten Firm, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30338, UNITED STATES 30338-4154 |
| 26081202 | + | Credence Resource Mana, 1111 DIGITAL DRIVE SUITE, RICHARDSON, TX 75081-2077 |
| 26081206 | + | EDC/ESUSU/PROGRESS RES, 7500 N DOBSON RD STE 300, SCOTTSDALE, AZ 85256-2727 |
| 26081209 | + | ONEPROGRESS SERVICES L, 53 BEACH ST FL 2, NEW YORK, NY 10013-2304 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 26081198 | + | Email/Text: mnapoletano@ars-llc.biz | Nov 05 2026 20:07:00 | Ability Recovery Servi, PO BOX 4031, WYOMING, PA 18644-0031 |
| 26196449 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 05 2026 20:04:20 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 26081210 | ^ | MEBN | Nov 05 2026 19:58:30 | Atlas, 300 COVENTRY ROAD, KENSINGTON, CA 94707-1214 |
| 26081205 | + | Email/Text: omx-bnc-bk-notices@chime.com | Nov 05 2026 20:06:00 | CHIME/THE BANCORP BANK, 101 CALIFORNIA ST STE 50, SAN FRANCISCO, CA 94111-5802 |
| 26102496 | | Email/Text: ebnnotifications@creditacceptance.com | Nov 05 2026 20:05:00 | CREDIT ACCEPTANCE, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034 |
| 26200215 | + | Email/Text: bankruptcy@cavps.com | Nov 05 2026 20:07:00 | Cavalry Investments, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 26081213 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 05 2026 20:05:00 | Credit Acceptance Corp, PO BOX 513, SOUTHFIELD, MI 48037-0513 |
| 26081193 | + | Email/Text: TAX-CTS-Southern.BankruptcyMail@usdoj.gov | Nov 05 2026 20:05:00 | Department Of Justice, Tax Division, 75 Ted Turner Drive Sw, Civil Trial Section, Southern, Atlanta, GA 30303-3315 |
| 26081207 | + | EDI: AISACG.COM | Nov 06 2026 00:47:00 | Exeter Finance Llc, 4515 N Santa Fe Ave Dept Aps, Oklahoma City, OK 73118-7901 |
| 26081212 | | EDI: GADEPTOFREV | Nov 06 2026 00:48:00 | Georgia Department Of Revenue, 1800 Century Blvd NE Ste 9100, c/o J. Ho, Atlanta, GA 30345 |
| 26189872 | + | Email/Text: BNCnotices@dcmservices.com | Nov 05 2026 20:06:00 | INPHYNET PRIMARY CARE PHYSICIANS-SOUTHEAST PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 26139288 | + | Email/Text: gbechakas@outlook.com | Nov 05 2026 20:06:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, |

| | | | | |
|---|---|---|---|---|
| | | | | Williamsville, NY 14221-4117 |
| 26081211 | + | EDI: IRS.COM | Nov 06 2026 00:47:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 26133498 | | EDI: JEFFERSONCAP.COM | Nov 06 2026 00:48:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 26081203 | + | Email/Text: bankruptcy@kikoff.com | Nov 05 2026 20:05:00 | KIKOFF LENDING LLC, 633 FOLSOM ST STE 300, SAN FRANCISCO, CA 94107-3600 |
| 26081208 | | Email/Text: bankruptcies@kovocredit.com | Nov 05 2026 20:05:00 | KOVO INC, 9450 SW GEMINI DR STE 87, BEAVERTON, OR 97008 |
| 26081197 | | Email/Text: bankruptcy@law.ga.gov | Nov 05 2026 20:05:00 | Office Of The Attorney General - Atl, 40 Capitol Square, SW, Atlanta, GA 30334 |
| 26081204 | + | Email/Text: bankruptcy-incoming-mails@one.app | Nov 05 2026 20:06:00 | ONEPAY/CCB, PO BOX 513717, LOS ANGELES, CA 90051-3717 |
| 26081196 | + | Email/Text: ustpregion21.at.ecf@usdoj.gov | Nov 05 2026 20:06:00 | Office Of The United States Trustee, 75 Ted Turner Dr Sw, Atlanta, GA 30303-3315 |
| 26194765 | | EDI: PRA.COM | Nov 06 2026 00:47:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 26081199 | + | EDI: AMINFOFP.COM | Nov 06 2026 00:48:00 | Premier Bankcard, 3820 N. Louise Ave, Sioux Falls, SD 57107-0145 |
| 26133509 | + | EDI: JEFFERSONCAP.COM | Nov 06 2026 00:48:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 26081195 | ^ | MEBN | Nov 05 2026 19:58:32 | Special Assistant U.S. Attorney, 401 W. Peachtree Street, NW, STOP 1000-D, Atlanta, GA 30308 |
| 26081200 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Nov 05 2026 20:05:00 | Sunrise Credit Service, P.O. Box 9100, Farmingdale, NY 11735-9100 |
| 26082715 | | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Nov 05 2026 20:06:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 26081201 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 05 2026 20:03:46 | Webbank/Fingerhut, 7075 Flying Cloud Dr, Eden Prairie, MN 55344-3532 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 26081194 | * | Internal Revenue Service - Atl, 401 West Peachtree St NW Room 1665, ATTN: Ella Johnson, M/S 334-D, Atlanta, GA 30308 |
| 26081214 | ##+ | Mynd Property Management, 260 Peachtree St Suite 2200, Atlanta, GA 30303-1292 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron Weinberg | on behalf of Debtor Nireeca Marie Delk ganb.courtview@slfcourtview.com |
| Matthew Franklin Totten | on behalf of Creditor PR Borrower 26 LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |
| Nancy J. Whaley | ecf@njwtrustee.com |
| Ronald A. Levine | on behalf of Creditor Credit Acceptance Corporation rlevine@levineblock.com rlevine682@gmail.com |

TOTAL: 4